```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 05 B 23872
    MARIETTA BIELSKI
                                           CHAPTER 13

                                           JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-2918

------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 06/15/2005 and was confirmed 08/01/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  52.44% from remaining funds.

     The case was paid in full 06/13/2008.
------------------------------------------------------------------------------
CREDITOR NAME               CLASS          CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                             PAID            PAID
------------------------------------------------------------------------------
DELL FINANCIAL SERVICES    SECURED             300.00          6.87          300.00
INTERNAL REVENUE SERVICE   PRIORITY            223.23           .00          223.23
ILLINOIS DEPT OF REVENUE   PRIORITY            225.39           .00          225.39
AMERICASH LOANS LLC        UNSECURED OTH       861.14           .00          451.45
BANK ONE                   UNSECURED       NOT FILED            .00             .00
BANK ONE                   UNSECURED       NOT FILED            .00             .00
BANKCARD                   UNSECURED       NOT FILED            .00             .00
CAPITAL ONE                UNSECURED          2680.96           .00         1405.81
CAPITAL ONE                UNSECURED          1204.79           .00          631.76
CHASE BANK USA NA          UNSECURED          2726.97           .00         1429.94
DEVON FINANCIAL SERVICE    UNSECURED           794.91           .00          416.83
HOUSEHOLD BANK             UNSECURED       NOT FILED            .00             .00
INSTA CASH                 UNSECURED       NOT FILED            .00             .00
ILLINOIS DEPT OF REVENUE   UNSECURED            52.46           .00           27.51
PAY DAY LOAN STORE         UNSECURED       NOT FILED            .00             .00
PROVANTA                   UNSECURED       NOT FILED            .00             .00
PROVIDIAN                  UNSECURED          5524.58           .00         2896.92
REVENUE MANAGEMENT FN      UNSECURED       NOT FILED            .00             .00
SEARS                      UNSECURED       NOT FILED            .00             .00
DELL FINANCIAL SERVICES    UNSECURED       NOT FILED            .00             .00
INTERNAL REVENUE SERVICE   UNSECURED           151.09           .00           79.23
CHASE MANHATTAN BANK       SECURED NOT I      803.54           .00             .00
MERRICK BANK               UNSECURED          1741.69           .00          913.29
CAPITAL ONE                UNSECURED          8585.02           .00         4501.73
CAPITAL ONE                UNSECURED           645.82           .00          338.65
PETER FRANCIS GERACI       DEBTOR ATTY       2,594.00                       2,594.00
TOM VAUGHN                 TRUSTEE                                          1,017.39
DEBTOR REFUND              REFUND                                             242.50

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                        RECEIPTS          DISBURSEMENTS

              PAGE  1 - CONTINUED ON NEXT PAGE
    CASE NO. 05 B 23872 MARIETTA BIELSKI
```

```
--------------------------------------------------------------------------------
TRUSTEE                                  17,702.50

PRIORITY                                                           448.62
SECURED                                                            300.00
    INTEREST                                                         6.87
UNSECURED                                                       13,093.12
ADMINISTRATIVE                                                   2,594.00
TRUSTEE COMPENSATION                                             1,017.39
DEBTOR REFUND                                                      242.50
                                         ---------------    ---------------
TOTALS                                   17,702.50               17,702.50
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                   /s/ Tom Vaughn
   Dated: 09/25/08                 _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE
```